No. 80–1421. CALIFORNIA *v.* RIEGLER. Ct. App. Cal., 5th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *New York* v. *Belton, ante,* p. 454.

No. 80–5677. RUGGLES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Robbins* v. *California, ante,* p. 420.